JAMES MURPHY V. THE STATE.

No. 20213.   Delivered February 22, 1939.

330

The opinion states the case.

*Gray & Pope,* of Tyler, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for felony theft, punishment assessed being two years in the penitentiary.

No bills of exception are brought forward. We have examined the statement of facts which appears to amply support the judgment. Appellant's confession was introduced in which he admitted having stolen $360.00.

We see no reason for setting out other facts proven.

The judgment is affirmed.